The H. Piper Company, Appellee, v. Summit Fast Freight, Inc., Appellant.

Gen. No. 46,196. (Abstract of Decision.)

Halfpenny & Hahn, for appellant; James F. Flanagan, and Richard F. Hahn, of counsel; no appearance for appellee. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed January 20, 1954; released for publication February 25, 1954.

Charles W. Loomis, Administrator of Estate of Penny Joe Loomis, Deceased, Plaintiff-Appellee, v. George Tadlock, Defendant-Appellant.

Term No. 53–O–13. (Abstract of Decision.)